Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Sheila Finnegan |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5486 | **DATE** | 8/23/2012 |
| **CASE TITLE** | Reiff vs. Calumet City | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Defendants' Motion for a Protective Order Quashing Subpoena Duces Tecums Issued by Plaintiff to Non-Parties [140] and Motion for a Protective Order to Prevent or Limit Plaintiff's Taking of Depositions [147]. Both motions are granted in part and denied in part as stated in open court and as set forth in this order. Plaintiff is given one week to submit supplemental answers to interrogatories and revised Rule 26(a) disclosures.

■[ For further details see text below.]    Docketing to mail notices.

1:00

## STATEMENT

With respect to the subpoenas for documents, the Court's order is as follows:

1. Plaintiff may obtain current Homeowner's Exemption information for Edward and/or Carmen Gonzalez, but Defendants' motion to quash relating to these individuals is otherwise granted.

2. Defendants' motion to quash relating to Denise Wheaton is granted.

3. For Bill/Basilios Manosopoulos, Nicole Manosopoulos, Nicholas Yovkovich and Roland Qualkinbush, Plaintiff may obtain, for the period 2006 to the present: (a) the address of record on any driver's license or vehicle registration, and (b) any address of record on file with the election division. Defendants' motion to quash regarding these individuals is otherwise granted.

With respect to the subpoena for depositions, the Court's order is as follows:

1. Defendants' motion for protective order is granted as to Edward Gonzalez, Carmen Gonzalez, and Denise Wheaton. As to Bill/Basilios Manosopoulos, Nicole Manosopoulos, Nicholas Yovkovich, Roland Qualkinbush and Mike Pignoni, the motion for protective order is also granted; however if the documents obtained pursuant to subpoena support Plaintiff's position that the individuals in question do not reside within Calumet City, Plaintiff may file a written motion seeking leave to depose the individuals. The motion must summarize the information

| | Courtroom Deputy Initials: | LG |
|---|---|---|

| STATEMENT |
|---|

known to Plaintiff concerning the individual's residency and set forth why the deposition is necessary.

2. Plaintiff may depose Louis Picicco and Pam Cap for no more than 45 minutes each, and solely regarding conversations they may have had with Plaintiff about her residency.

3. Defendants' motion for protective order is denied as to Carter Rickey.

| STATEMENT |
|---|